☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

**In re:**   **Lamekia Roshawn Hopkins**                                                **Case No.**

**Debtors:**                                                                             **Chapter 13**

---

## CHAPTER 13 PLAN

---

**ADDRESS:**     (1)   **6278 Arbor Creek Trail #208**                (2) _____
                       **Memphis, TN 38115**                             _____

**PLAN PAYMENT:**

**Debtor(1)** shall pay $   **505.00**          (☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☑ **PAYROLL DEDUCTION** From:   **Extended Health Care, Inc. Memphis,**   **OR ( ) DIRECT PAY**
                                    **TN 38133**

**Debtor(2)** shall pay $ _____          (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From: _____   **OR (     ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**       ☐ **YES**      ☑ **NO**
   (B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**          ☑ **YES**      ☐ **NO**
       **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
   (C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**      ☐ **YES**      ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                                Monthly Plan Payment:

                       Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**               ongoing payment begins _____                   $ _____
                       Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**-NONE-** _____          Amount _____          $ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

**None** _____          ongoing payment begins _____          $ _____
                                  Approximate arrearage: _____   Interest _____   $ _____

**7. SECURED CLAIMS:**

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Conn's Appliances Inc.** | **1,889.00** | **7.25** | $**38.00** |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
   **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Claim: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Americredit Financial Services** | **25,510.39** | **7.25** | $**509.00** |
| **Flagship Credit Acceptance** | **14,120.98** | **7.25** | $**282.00** |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-**                                          Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **-NONE-** | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

| **Department of Education/Nelnet** | ☐ Not provided for **OR** ☑ | General unsecured creditor |
|---|---|---|
| **Navient** | ☐ Not provided for **OR** ☑ | General unsecured creditor |

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-**

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $66,508.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐   **0.00** **%, OR,**
☑   **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

| **Arbors of Hickory Ridge Apartments: Residential Lease** | ☑ Assumes **OR** ☐ | Rejects. |
|---|---|---|
| **Memphis Furniture: Furniture Lease** | ☑ Assumes **OR** ☐ | Rejects. |

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

**/s/ B. David Sweeney** _____     **Date** **June 19, 2019** _____ .
**B. David Sweeney 012821**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**